UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-09380-JLS-JC                                           Date: August 11, 2025
Title:  Kevin C. Bevans v. Louis Dejoy

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER RE REQUEST FOR DISABILITY ACCOMODATION FOR REMOTE APPEARANCE (Doc. 61)**

    The Court is in receipt of Plaintiff's Counsel's "Request for Disability Accommodation for Remote Appearance," which seeks permission to appear by Zoom at the Final Pretrial Conference ("FPTC") in this case set for August 15, 2025, at 10:30 a.m. (Req., Doc. 61; Corrected Req., Doc. 62.)  Upon review of the Request, the Court determines that it requires additional information.  As indicated in the Court's Order Setting Scheduling Conference, the Court anticipates setting a trial date at the FPTC.  (*See* Order Setting Scheduling Conference at 2, Doc. 21.)  A trial will require repeat daily appearance in court, which the instant Request indicates would present great difficulty for Plaintiff's Counsel.  In light of the above, Plaintiff's Counsel is ORDERED to inform the Court no later than **Wednesday, August 13, 2025, at 12:00 p.m.,** whether the instant Request seeks a temporary accommodation or whether Plaintiff is seeking—or intends to seek—an accommodation for all appearances in this action.  The response should also state whether Plaintiff's Counsel has sought or is seeking similar accommodation(s) for all appearances in other pending actions.

                                        Initials of Deputy Clerk: kd